Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64732.—Tip Top Brush Co., Inc. v. United States, protest 59/33557 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64733.—Foreign Furniture Factors, Inc., et al. v. United States, protests 183267–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are plated with gold, the claim of the plaintiffs was sustained.

No. 64734.—Stern & Stern Textiles, Inc. v. United States, protests 300744–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C.D. 1889), the claim of the plaintiff was sustained.

No. 64735.—John Heathcoat & Co., Inc. v. United States, protests 326576–K and 58/11317 (New York).